1
2
3
4
5
6
7

8              UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10
11
12
13   SCOTT NEWMAN,                    **CASE NO. CV F 13-1713 LJO SKO**

14        Plaintiff,                  **ORDER AFTER SETTLEMENT**

15        vs.                         **(Doc. 8.)**

16
17   KOHL'S CORPORATION,

18        Defendant.

19

20        Plaintiff's counsel notified this Court that settlement has been reached among all parties.

21   Pursuant to this Court's Local Rule 160, this Court ORDERS the parties, **no later than January**

22   **24, 2014**, to file appropriate papers to dismiss or conclude this action in its entirety, or to show

23   good cause why the action has not been dismissed.

24        This Court VACATES all pending matters and dates, including the **March 18, 2014**

25   **scheduling conference**, which is subject to immediate resetting if settlement is not timely

26   completed.

27        Failure to comply with this order will be grounds for the imposition of sanctions on

28
                                1

1  counsel or parties who contributed to violation of this order.  *See* Local Rules 160 and 272.  This

2  Court ADMONISHES the parties and counsel that they must obey the Federal Rules of Civil

3  Procedure and this Court's Local Rules and orders and are subject to sanctions as this Court

4  deems appropriate.

5

6  IT IS SO ORDERED.

7      Dated:   **December 17, 2013**           **/s/ Lawrence J. O'Neill**
                                          UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2