UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SCOTT NEWMAN,                                    CASE NO. CV F 13-1713 LJO SKO

                        Plaintiff,        **ORDER TO DISMISS AND CLOSE
                                          ACTION**
                                          (Doc. 10.)

            vs.

KOHL'S CORPORATION,

                        Defendant.
_____/

        Based on plaintiff's notice of voluntary dismissal under F.R.Civ.P. 41(a)(1)(A)(i), this

Court:

        1.      DISMISSES with prejudice this entire action and all claims;

        2.      VACATES all pending matters and dates; and

        3.      DIRECTS the clerk to close this action.


IT IS SO ORDERED.

        Dated:   __**January 14, 2014**__              ____**/s/ Lawrence J. O'Neill**
                                          UNITED STATES DISTRICT JUDGE

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28